IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| | : | |
| | : | (Bankr. No. 08-13595SR) |
| WILLIE H. BROWN | : | |
| | : | NO. 09-cv-00170-JF |

ORDER

AND NOW, this 21st day of May 2009, upon consideration of the debtor's appeal in this case, IT IS ORDERED:

1. The appeal is DENIED.

2. The Order appealed from is AFFIRMED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.